Urmancheev, A.S.
075 117 610
SDCF
P.O. Box 439049
San Diego, CA 92143

**FILED**
Jul 15 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ shellyy   DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN CALIFORNIA DISTRICT

Urmancheev, A.S.,
    Plaintiff

v.

United States, et al.,

    Defendants

Case No. **'22CV1039 JLS  MDD**

**Complaint**

### I. Jurisdiction and Venue

1.    This proceeding is brought pursuant to Section 1331, 1367, 2201, 2202 of Title 28 of the United States Code; the Administrative Procedure Act (5 U.S.C. §§ 702, 703.); the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 1402(b), 2401(b), and 2671-2680; the Immigration and Naturalization Act (INA) (8 U.S.C. §§ 1001 et seq.); the First, Fourth and Fifth Amendments to the Constitution of the United States, the Constitution of the State of California and its Civil Code; and such Constitutional, Federal and the State of California laws that may be relevant hereto. Plaintiff, Urmancheev, A.S., seeks declaratory and injunctive relief, and compensatory and punitive damages.

2. The Southern District is an appropriate venue under 28 U.S.C. § 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. Plaintiffs

3. Plaintiff, Urmancheev, A.S., (Plaintiff) was at all times mentioned herein, and currently is, a permanent resident of the United States, and a civil detainee in custody of the Immigration and Customs Enforcement (ICE) of the Department of Homeland Security (DHS); he has been for more than three years confined in the San Diego Contract Jail, the Otay Mesa Detention Center (OMDC), operated under the ICE contract by a private contractor, the Core Civic Corporation, better known as former the Corrections Corporation of America (CCA). Plaintiff has been in ICE DHS custody in contracted jail for more than three years. The Plaintiff is appearing pro se.

## III. Defendants

4. Defendants are the United States government, its agencies, and employees thereof, some of whom are officers thereof, who, acting in their ministerial capacity, did conspire to interfere with and violate, and did interfere with and violate, plaintiff's rights and privileges in conflict with the laws and Constitution of the United States, as more fully appears herein.

5. Defendant is the United States Attorney General, Merrick Garland, who issued warrant for plaintiff's arrest, which warranted unlawful imprisonment of plaintiff for more than three years through punitive mandatory detention imposed on him contrary to statutory provisions and the U.S. Constitution.

6. Defendant is the Secretary of the U.S. DHS, Alejandro Mayorkas, who, contrary to statutory provisions and the Fifth Amendment of the U.S. Constitution, took plaintiff in his/her custody and subjected plaintiff to punitive mandatory detention and unlawful false imprisonment exceeding three years.

7. Defendants are the Department of Homeland Security, whose division, the Immigration and Customs Enforcement (ICE), intentionally and negligently engaged in tortious acts against plaintiff's person and property.

8. Defendants are the officers of the DHS ICE who in the course of their employment personally engaged in tortious conduct contravening laws of the United States, and its Constitution.

### IV. First Cause of Action

9.  Plaintiff reasserts and incorporates paragraphs 1 to 8, as if fully set forth herein

10. United States Attorney General, M. Garland, the Secretary of the DHS, K. Nielsen, and the DHS ICE arrested plaintiff and incarcerated him before completion of his sentence in California State prison.

11. By imposing unlawful mandatory detention contravening the Immigration and Nationality Act (INA) Sections 236, 241(a)(1)(A); [USCS §§ 1126, 1231 (a)(4)(A)] defendants falsely imprisoned plaintiff in the San Diego Contract Jail operated by DHS private contractor, the CCA, for 37 months.

### V. Second Cause of Action

12. Plaintiff reasserts and incorporates paragraphs 1 to 11, as if fully set forth herein

13. Defendants knowingly and intentionally supported their contractor's unlawful acts, when the CCA employees compelled plaintiff into the segregation confinement and kept him there under false charges, without due process, or gross violations of process on five several occasions totaling nine months in duration in the segregation.

### VI. Third Cause of Action

14. Plaintiff reasserts and incorporates paragraphs 1 to 13, as if fully set forth herein.

15. By negligently affirming illegal acts of their contractors against plaintiff, and thus encouraging the contractors to proceed with their illegal acts against plaintiff, the DHS ICE officers of various rank imposed on plaintiff punitive detention, and false imprisonment.

### VII. Fourth Cause of Action

16. Plaintiff reasserts and incorporates paragraphs 1 to 15, as if fully set forth herein.

17. Defendants intentionally and negligently dismissed plaintiff's complaints of contaminated

rotten food and anti-sanitary conditions of the food service executed by the subcontractor, Trinity Inc., thereby subjecting plaintiff to an infection and disease, from which he cannot recover to this day, and causing him physical and mental suffering.

### VIII. Fifth Cause of Action

18. Plaintiff reasserts and incorporates paragraphs 1 to 17, as if fully set forth herein.

19. Defendants knowingly, intentionally, and negligently placed Plaintiff in unsafe facility where the medical treatment and attendance to plaintiff's medical and mental health needs were interrupted, neglected, sabotaged through entire term of plaintiff's imprisonment.

20. Defendants acquiesced, supported medical staff's deliberate actions and denied the plaintiff medical and mental health services and medications.

### IX. Sixth Cause of Action

21. Plaintiff reasserts and incorporates paragraphs 1 to 20, as if fully set forth herein.

22. By intentionally and negligently ignoring, and not complying with the Center of Disease Control, the State of California legislature, the San Diego County regulations, and plaintiff's personal appeals for implementation and adherence to such rules, defendants caused plaintiff to contract the Covid-19 with following complications.

### X. Seventh Cause of Action

23. Plaintiff reasserts and incorporates paragraphs 1 to 22, as if fully set forth herein.

24. Defendants knowingly, intentionally, recklessly compelled the Plaintiff into the segregation confinement where they kept infected and quarantined detainees along with the heathy detainees, thus causing the second infection and the Covid-19 for the plaintiff.

## XI. Prayer for Relief

Wherefore, plaintiff respectfully prays that this court enter judgment granting plaintiff:

1. A declaration that acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States, and State of California; and

2. Compensatory damages in the amount of 8, 483, 721. 00

3. Punitive damages as the court finds appropriate.

4. A jury trial on all issues triable by jury.

5. Plaintiff's costs and disbursements in this suit, including attorney fees.

6. Any additional relief in this suit court deems just. Proper and equitable.

Respectfully submitted,                     Date: 6 June, 2022

*[signature]*

Urmancheev, A. S.

5

