UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.S. URMANCHEEV, #A075117610, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES; MERRICK GARLAND; ALEJANDRO MAYORKAS; DEP'T OF HOMELAND SECURITY; and ICE OFFICERS, <br><br> Defendants. | Case No.: 22-CV-1039 JLS (MDD) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** <br><br> (ECF No. 3) |

On October 5, 2022, the Court granted Plaintiff A.S. Urmancheev's application for *in forma pauperis* status and dismissed without prejudice his Complaint pursuant to 28 U.S.C. § 1915(b). *See generally* ECF No. 3 ("Order"). The October 5, 2022 Order granted Plaintiff forty-five days in which to file an amended complaint curing the pleading deficiencies noted therein. *See id.* at 12. The Order explicitly stated that, "[i]f Plaintiff fails to amend within the time provided, the Court will enter a final Order dismissing this civil action." *Id.* (emphasis and citation removed). However, while more than forty-five days having elapsed since the date of the Order, Plaintiff has failed to file an amended complaint.

Accordingly, good cause appearing, the Court **DISMISSES WITHOUT PREJUDICE** the above-named action. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: December 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge